| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Boggs, Danny J. | 2. Court or Organization<br><br>Sixth Circuit Court of Appeals | 3. Date of Report<br><br>11/10/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>220 Gene Snyder United States Courthouse<br>601 West Broadway Street<br>Louisville, KY 40202 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Counselor | Louia D. Brandeis American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 11/10/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Forum on Media | 2/ 6-8, 2013 | Dana Point, CA | Judge Moot Court Competition | Transportation, 2 days' food and lodging |
| 2. | Duke Law Federalist Society | 2/17-18, 2013 | Durham, NC | Speaker at Federalist Society | Transportation, 1 day food and lodging |
| 3. | New York University Law School | 2/24-25, 2013 | Washington, DC | Participate in panel on e-mail searches | Transportation, 1 day food (no lodging; stayed in wife's apartment) |
| 4. | Penn Law Federalist Society | 4/2-3, 2013 | Philadelphia, PA | Speaker at Federalist Society | Transportation, 2 days' food (no lodging; stayed with a friend) |
| 5. | American University Law School | 10/17-19, 2013 | Washington, DC | Judge for Moot Court Competition | Transportation, 1 day food (no lodging; stayed in wife's apartment) |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 11/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae Loan Corp.,Wilkes Barre, PA | Student Loans | M |
| 2. | JP Morgan Chase, Louisville, KY | Mortgage on rental house in Bowling Green, KY | K |
| 3. | Capital One, Richmond, VA | Credit card loan`` | K |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/2 interest in rental house in Bowling Green, KY | B | Rent | K | Q | | | | | |
| 2. JP Morgan Chase Bank, Lou, KY (checking/ savings account) | A | Interest | K | T | | | | | |
| 3. ▨▨▨ , Louisville, KY | D | Rent | M | Q | | | | | |
| 4. IRA Account - JP Morgan Chase Bank, Louisville, KY SPDRs | B | Int./Div. | M | T | | | | | |
| 5. Israel Bonds | A | Interest | J | T | | | | | |
| 6. JP Morgan Chase IRA Account, Louisville, KY | C | Int./Div. | M | T | | | | | |
| 7. Penn Mutual Whole Life Policies | A | Dividend | K | T | | | | | |
| 8. Met Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 9. Internotes of GE Capital Corp (5%) | A | Interest | J | T | Redeemed | 02/15/13 | J | A | |
| 10. :Pimco Strategic Global Fund (X) | A | Dividend | J | T | | | | | |
| 11. TVA bonds (4.5%) | A | Interest | J | T | | | | | |
| 12. Freddie Notes/Freddie Mac (3.2-4.65%) | B | Interest | K | T | Redeemed | 06/17/13 | K | A | |
| 13. Long Term CD: GE Money Bank, Salt Lake City | A | Interest | J | T | | | | | |
| 14. Long Term CD: Goldman Sachs, New York | A | Interest | J | T | | | | | |
| 15. Wells Fargo Bank,CD | A | Interest | J | T | | | | | |
| 16. Western Asset High Income Fund (X) | A | Dividend | J | T | | | | | |
| 17. Wells Fargo 4% Note (X) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 11/10/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 5/3dBank, Cincinnati checking account and CDs | A | Interest | K | T | | | | | |
| 19. Vanguard Admiral Fla Long Term Tax exempt fund | D | Dividend | M | T | | | | | |
| 20. Nuveen Municipal Tax Exempt fund | A | Dividend | J | T | | | | | |
| 21. PXP Stock | B | Dividend | J | T | Redeemed | 06/14/13 | K | B | |
| 22. Internotes of GE Capital Corp (5.5%-5.625%) | A | Interest | J | T | Redeemed | 05/15/13 | J | A | |
| 23. Internotes of GE Capital Corp (5.25%) | A | Interest | J | T | Redeemed | 07/15/13 | J | A | |
| 24. Internotes of GE Capital Corp (4.35%) | A | Interest | J | | | | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 11/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item VII. 1.  The appraisal on this house in Bowling Green, KY was done in 2008.

Item VII. 3.  ▇▇▇▇▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  I am reporting this asset value as a proportionate share of the value ▇▇▇▇▇ property, as we received income from renting the carriage house.  The appraisal was done in mid-2009.

Item VII. 4.  JP Morgan Chase Bank IRA consists of shares of Standard & Poor Deposit Receipt and money market funds.

Item VII. 6.  JP Morgan Chase Bank IRA consists of shares of Standard & Poor Deposit Receipts, Israel Bonds, and money market funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Danny J. Boggs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544